UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JUAN CORONEL, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) Case No.: 4:17-cv-2187-MHH-TMP |
| US ATTORNEY GENERAL OF AMERICA, | ) ) ) ) |
|     Respondent. | ) |

**<u>MEMORANDUM OPINION</u>**

This action is before the court on the respondent's June 15, 2018 motion to dismiss. (Doc. 13). On December 28, 2017, Mr. Coronel filed a petition for writ of habeas corpus seeking his release from custody pending his removal to Mexico. (Doc. 1). In his motion to dismiss, the respondent contends that the Court should dismiss Mr. Coronel's § 2241 habeas petition because United States Immigration and Customs Enforcement released Mr. Coronel from custody on May 29, 2018. (Doc. 13-1, Brooks Decl.).

Because Mr. Coronel has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine). Accordingly, by separate order, the Court will dismiss this matter. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

DONE this 25th day of June, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE